# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EDWARD TRIGO, § | |
| (TDCJ-CID #1173465) § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-05-2012 |
| § | |
| TDCJ-CID OFFICIALS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The May 14, 2010 Scheduling and Docket Control Order, (Docket Entry No. 104), is amended. The docket call scheduled for January 18, 2011 at 2:00 p.m. is cancelled pending resolution of the outstanding summary judgment motions. (Docket Entry Nos. 109 & 112). It is reset for **February 25, 2011 at 2:00 p.m.** The joint pretrial order is due no later than February 21, 2011.

SIGNED on January 3, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge