IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDWARD TRIGO,<br>(TDCJ-CID #1173465)<br><br>    Plaintiff,<br><br>vs.<br><br>TDCJ-CID OFFICIALS, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION H-05-2012<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on January 31, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge